

Attorneys and Counselors at Law

190 South Main Street, P.O. Box 351
Ellenville, NY 12428
Telephone (845) 647-8509
Facsimile (845) 647-6277
Email: Assistant@Signallaw.com

*Wayne D. Lonstein
Julie Cohen Lonstein

Shawn Weed

*also admitted in NJ, PA &MA

March 21, 2019

Hon. Peggy Kuo
United States Court Magistrate Judge
225 Cadman Plaza E.
Brooklyn, New York 11201

Re:   Integrated Sports Media v. Luz Adriana Valencia, et. al.
      Event: Clasico del Pacifico: October 12, 2018 Peru vs. Chile PPV Event
      Our File: ISM18-01NY-05

Dear Judge Kuo:

Please accept the following as a letter motion to request that both parties appear by telephone at the Initial Conference scheduled for March 25, 2019 at 10:00 a.m.   Attorney for Defendants, Todd Wengrovsky, consents to this request and would also like to appear by telephone.

The reason for this request is to save my client and potentially the Defendants' money spent in litigation costs. The claims asserted in the complaint fall under 47 U.S.C. §605 and §553 along with a copyright infringement claim are all fee shifting statutes where the prevailing party can recover attorneys' fees and costs.

The parties are in agreement on the proposed scheduling dates included in the Rule 26 report filed with the Court ECF #22 on March 19, 2019.  Appearing telephonically will permit both parties to attend the conference while keeping costs at a minimum and would not prejudice either party.  Thank you for your time and attention to this matter.

Respectfully Submitted,

LONSTEIN LAW OFFICE, P.C.

By: Julie Cohen Lonstein
JCL/sw

cc:   Todd Wengrovsky, Esq.